IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA WINSTROM, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BAYER, CORP., et al. | : | NO.:  17-cv-2915 |

O R D E R

**AND NOW**, this **11**ᵗʰ day of **JULY, 2017**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable John R. Padova to the calendar of the Honorable Legrome D. Davis.

FOR THE COURT:

PETRESE B. TUCKER
Chief Judge

ATTEST:

*Kate Barkman*
_____
KATE BARKMAN
Clerk of Court